HOLLAND LIVESTOCK RANCH, A COPARTNERSHIP CONSISTING OF BRIGHT–HOLLAND CO., MAREMONT–HOLLAND CO., AND NEMEROFF–HOLLAND CO., APPELLANT, v. B & C ENTERPRISES, A NEVADA CORPORATION; WILLIAM BOEGLE; PATRICIA VAN RIPER; FIRST NATIONAL BANK OF NEVADA; AND JERRY D. TORVINEN, RESPONDENTS.

B & C ENTERPRISES, A NEVADA CORPORATION, PLAINTIFF, v. HOLLAND LIVESTOCK RANCH, ET AL., DEFENDANTS, FIRST NATIONAL BANK OF NEVADA, INTERVENOR.

No. 7857

August 31, 1976                    553 P.2d 950

*Breen, Young, Whitehead & Hoy,* Reno, for Appellant.

*Julian Smith, Esq.,* Carson City, for Respondents.

*Stewart & Horton, Ltd.,* Reno, for Intervenor First National Bank of Nevada.

## OPINION

*Per Curiam:*

Here, both sides raise numerous issues on appeal and cross-appeal. After reviewing the record, we conclude the issues presented are either raised for the first time on appeal, supported by no relevant authority, or concern determinations which are based on substantial evidence. For these reasons, and because neither side has affirmatively demonstrated error, the judgment is affirmed. Peot v. Peot, 92 Nev. 388, 551 P.2d 242 (1976). Charmicor, Inc. v. Bradshaw Finance Co., 92 Nev. 310, 550 P.2d 413 (1976); Alves v. Bumguardner, 91 Nev. 799, 544 P.2d 436 (1975); County of Clark v. Lucas, 91 Nev. 263, 534 P.2d 499 (1975); Kulik v. Albers Incorporated, 91 Nev. 134, 532 P.2d 603 (1975); Solar, Inc. v. Electric Smith Constr., 88 Nev. 457, 499 P.2d 649 (1972).

Affirmed.